

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Earlene Broyles and Farah Nicole Irvin-Matott,

Vs. No. 11-25-00175-CV

Caleb Matott,

\* From the 385th District Court
  of Midland County,
  Trial Court No. CV60028.

\* July 31, 2025

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Earlene Broyles's and Farah Nicole Irvin-Matott's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Earlene Broyles and Farah Nicole Irvin-Matott.